UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYTON MOYER,<br><br>        Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 24-cv-1140-W-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 11] AND DENYING MOTION TO COMPEL ARBITRATION AS MOOT [DOC. 8]** |

  Pending before the Court is a joint motion to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) brought by Plaintiff Payton Moyer and Defendant Tesla Motors, Inc.  ([Doc. 11], "Joint Motion".)  Good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

  **IT IS FURTHER ORDERED** that each party shall bear its own fees, expenses, and costs.

  **IT IS FURTHER ORDERED** that Defendant Tesla Motors, Inc.'s pending Motion to Compel Arbitration [Doc. 8] is denied as moot.

  **IT IS SO ORDERED**.

Dated:  September 27, 2024

                _____
                Hon. Thomas J. Whelan
                United States District Judge